UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HALFRED CATER,

                Plaintiff,

   v.

KING COUNTY CORRECTIONS, et al.,

                Defendants.

Case No. C15-1219 RSL-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed Plaintiff's complaint, the amended complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

(1)    The Court adopts the Report and Recommendation.

(2)    This case is **dismissed without prejudice for failure to state a claim and counts as a strike under 28 U.S.C. § 1915(g).**

(3)    The Clerk is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

DATED this 11th day of February, 2016.

                                                            _/s/ Robert S. Lasnik_
                                                            Robert S. Lasnik
                                                            United States District Judge

ORDER OF DISMISSAL - 1